JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHAEL J. MULLEN
Special Assistant United States Attorney
Washington Bar No. 54288
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANA MARIA RUBIO,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:23-cv-00399-CSD<br><br>**DEFENDANT'S UNOPPOSED MOTION<br>FOR EXTENSION OF TIME<br>(*FIRST REQUEST*)** |

Defendant, the Commissioner of Social Security, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion to Remand (Dkt. No. 11, filed on December 15, 2023), currently due on January 14, 2024, by 30 days, through and including February 13, 2024. Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's first request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload, as described below.  In the span of four workdays,

Defendant's counsel has four briefing deadlines, including this matter. Although counsel has exercised due diligence, the requested additional time is necessary.

Additional time is required to review the record, evaluate the issues raised in Plaintiff's motion, determine whether options exist for settlement, and if not, prepare Defendant's response to Plaintiff's motion. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including February 13, 2024.

Dated: January 11, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2024

# CERTIFICATE OF SERVICE

I, Michael J. Mullen, certify that the following individual(s) were served with a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**By CM/ECF:**

MARC V. KALAGIAN
marc.kalagian@rksslaw.com

Dated: January 11, 2024

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney

3